UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| ELMER LEE JEFFERSON, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | No. 1:18-CV-70 ACL |
| ) | |
| DAREN K. TODD, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

This matter is before the Court on review of the file. Plaintiff has filed a complaint, a motion to appoint counsel, and a CJA 23 financial affidavit. Although plaintiff has submitted a financial affidavit, plaintiff has neither submitted an application to proceed without prepaying the filing fee nor paid the filing fee. *See* 28 U.S.C. § 1915(a). To proceed, plaintiff must either pay the $400 filing fee or file an Application to Proceed in District Court Without Prepaying Fees or Costs.

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk of Court is directed to mail to plaintiff a copy of the Court's form Application to Proceed in District Court Without Prepaying Fees or Costs.

**IT IS FURTHER ORDERED** that plaintiff shall either pay the $400 filing fee or submit an Application to Proceed in District Court Without Prepaying Fees or Costs within twenty-one (21) days of the date of this Order.

**IT IS FURTHER ORDERED** that if plaintiff fails to comply with this Order, the Court will dismiss this action without prejudice.

_____
ABBIE CRITES-LEONI
UNITED STATES MAGISTRATE JUDGE

Dated this _24th_ day of April, 2018.